**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-7379**

———————————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

RUDOLPH LANE, a/k/a Bay Boy,

                              Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca B. Smith, District Judge.
(CR-92-88-N)

———————————

Submitted:  March 26, 1998          Decided:  April 7, 1998

———————————

Before WIDENER and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Rudolph Lane, Appellant Pro Se.  Charles Dee Griffith, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders denying his motion in which he requested that the district court order his former attorney or the clerk of the court to provide him with free copies of motions and responses filed in his criminal case in July 1992, and denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Lane, No. CR-92-88-N (E.D. Va. July 24, 1997 and Aug. 20, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED